NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**SIEMENS GAMESA RENEWABLE ENERGY A/S, GAMESA ELECTRIC, S.A.U.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**GENERAL ELECTRIC COMPANY,**
*Intervenor*

───────────────

2022-1794

───────────────

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1218.

───────────────

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2               SIEMENS GAMESA RENEWABLE ENERGY A/S v. ITC

(2)  Each side shall bear their own costs.


                              FOR THE COURT


April 12, 2023                /s/ Peter R. Marksteiner
     Date                     Peter R. Marksteiner
                              Clerk of Court


**ISSUED AS A MANDATE:** April 12, 2023